El Pueblo de Puerto Rico, demandante y apelado, *v.* Susano Campán, acusado y apelante.

No. 2395.—*Visto:* Febrero 24, 1925. *Resuelto:* Abril 8, 1925.

1. Evidencia—Presunciones—Supresión de Evidencia.—Cuando el fiscal de distrito deja de presentar prueba de testigos que él ha citado, debe presumirse que dicha prueba le resultaría adversa.

2. Acometimiento y Agresión—Defensas—Provocación.—Un marido que en defensa de su esposa insultada se enfrenta con el provocador y es por él agredido y observa que otras dos personas tratan de atacarlo, está justificado al usar su revólver en defensa propia.

Sentencia de *Tomás Bryan*, J. (Aguadilla), condenando al acusado al pago de multa y costas. *Revocada, absolviendo al acusado.*

*Buenaventura Esteves,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Cinco errores señala el apelante para pedir la revocación de la sentencia. · Sólo analizaremos uno. Se trata de un caso de acometimiento y agresión con circunstancias agravantes. Se imputó al acusado el hecho de haber acometido y agredido con un revólver a Juan Torres y fué condenado por la corte municipal. Apeló y también fué condenado por la corte de distrito que le impuso una multa de cincuenta dólares o sea la pena mínima que fija la ley. El acusado alegó que había actuado en legítima defensa, y sostiene que al no apreciarlo así erró la corte sentenciadora. Examinemos la prueba.

La de cargo consistió en las declaraciones de Ramón Ríos, Juan López y Gabriel Torres.

Ríos es un policía que acudió al sitio en la noche del suceso y sostiene que el acusado le "confesó que le había pegado unos tiros a Juancho Torres."

El testigo López dijo: "Estando conversando con el dueño del cafetín y Juan Torres, en una discusión que tenía Juan Torres con Evarista Cordero, apareció Susano Campán, en actitud violenta, como queriendo ocultar una mano, como el que va a cometer algún hecho, y en esa actitud, Torres, que estaba parado conversando con Evarista Cordero, le tiró una pescozada a Susano Campán, y éste sacó un revólver y le disparó un tiro. . . . . Que Juan Torres y él son muy amigos; es mi compadre; que él, Juan Torres y Gabriel Torres fueron acusados en la Corte Municipal de San Sebastián . . . . los acusaron por acometimiento y agresión en contra de Susano Campán; Juan Torres fué condenado en ese caso, condenaron a Juan Torres porque le dió a Susano Campán; a él no lo condenaron ni a Gabriel Torres tampoco, no le dieron ni acometieron a nadie."

Y Gabriel Torres, hijo de Juan, declaró: "Se encontraba el señor Juan Torres en una discusión con la señora Evarista Cordero y durante la discusión bajó el señor Campán . . . . en una actitud violenta a tomarle el parecer al padre mío, y cuando bajó así furioso con intenciones hasta de darle . . . . el señor Juan Torres le dió una bofetada a él, y entonces el señor Campán hizo uso de un revólver y le disparó un tiro. . . . ." En la discusión lo primero que dijo doña Evarista, mujer del acusado, al padre del declarante que hablaba en la calle frente a la casa de doña Evarista con unos amigos de que las rentas de la casa le correspondían a él, fué que se fuera a dormir, 'entonces él le contestó que él era libre y que ella no tenía que mandar en él,'. . . . entonces ella dijo que él hacía mejor yéndose a dormir y no dando que hacer y pidiendo dinero que no era de él, y él dijo que sí, que el dinero era de él, porque aquella casa que rentaba aquel dinero era de su propiedad, y como luego ella le dijo que aquella casa era de ella, entonces él le contestó que si ella la quería coger, que si se la quería robar, entonces era de ella. . . . ."

Al terminar Torres, dijo el Fiscal: "Renuncio al resto de la prueba por ser acumulativa." Al comenzar la práctica de su prueba introduciendo a Evarista Cordero, la defensa se expresó así: "Deseo que se haga constar en récord que esta testigo y otros más son testigos que figuran en la acusación, como testigos de cargo; que el Honorable Fiscal ha hecho constar que renuncia a ellos por ser prueba acumulativa, y que los traemos para demostrar que no era tal prueba acumulativa."

Evarista Cordero dijo, en parte: "Vive en la calle Muñoz Rivera del pueblo de San Sebastián, conoce a Susano Campán, es su esposo; el día 15 de noviembre del año pasado a las once de la noche estábamos nosotros durmiendo, ya nos habíamos acostado y al poco rato de acostados llegó Juan Torres al cafetín 'El Tapao' que está en los bajos de la casa donde vivimos: llegó Juan Torres y empezó a dar-

nos insultos desde abajo a mí y a mi esposo; los insultos eran palabras indecorosas, que no me atrevo a decirlas ante la corte, entonces yo me levanté, me tiré una sábana por encima, salí al balcón y le llamé la atención diciéndole: 'Oye, Juanito, no esté provocando de esa manera que son las once de la noche, ¿qué dirá el público?;' y con palabras más resonantes siguió los insultos; entonces yo me retiré para atrás y mi marido (el acusado) se levantó y se tiró abajo, y yo fuí al balcón otra vez para ver qué le iba a decir Susano a Juan Torres y lo que le iba a contestar éste, y Susano le dijo: 'mira, oye, Juanito, no estés provocando la opinión mía en la calle' y Juanito Torres le contestó con una gasnatada en la cara, y se fueron a las manos, y yo corrí adentro a vestirme, y cuando me vestí y puse los zapatos, al bajar a la calle ya había pasado la cuestión. . . . .''

Alfonso Rivera, otro testigo renunciado por el fiscal, también en parte, dijo: ''Y al decirle Evarista que se fuera a dormir, Juan Torres le contestó que se callara, que ella era una bruja y que se había ido para Arecibo a correr con ese chulo; al decir 'ese chulo' se refería a Susano Campán, . . . . y al decir eso Susano bajó de arriba y le dijo: 'Oye, Juanito, déjate de estar mencionando mi nombre' y Torres le contestó que no era con él, y vuelve Campán y le dice: 'sí, tú mencionaste mi nombre' y dice 'no es contigo' y al decirle 'no es contigo' le tiró una pescozada, y se agarraron los dos; estando agarrados ví que Gabriel Torres estaba sentado en una silla de esas que se cierran y entró partiendo así (el testigo levanta una silla en alto) y Susano empezó a dar vueltas; Gabriel Torres con la silla levantada se dirijía a Susano Campán, y Susano y Juanito dando vueltas; y Juancho López también iba para encima de ellos, y entonces Susano sacó el revólver y disparó para los pies, para el suelo, y ahí salió herido Juan Torres. . . . .''

El testigo Manuel Méndez Liciaga, farmacéutico, dijo que oyó cuando Torres insultaba a la señora Cordero, ''en ese momento bajó Campán y le dijo a Juan Torres que no debe-

ría atacarle su opinión en esa forma y Juan Torres le dijo: 'Qué, tú no eres más que un chulo' y le dió una pescozada, y Susano Campán se le fué encima también y se agarraron; allí estaba en unión de Juan Torres. su hijo Gabriel y también Juancho López, y Gabriel Torres cogió una silla y se le fué encima a Susano Campán, y Juan Torres también se abalanzó hacia él . . . . pero éste trataba de huir, iba de un sitio para otro tratando de escapar el golpe, hasta que por último sacó el revólver y le apuntaba a Juan Torres diciéndole: 'que no le quería tirar,' pero Juan Torres le decía: 'Qué, tú no tiras nada, tú no eres más que un cobarde, un chulo y cobarde,' hasta que entonces Susano Campán le disparó un tiro por una pierna.''

El testigo P. E. Rodríguez Rabell, que como el anterior bajó del Casino al sentir el escándalo, describe los hechos en forma parecida. Por último declaró en su defensa el propio acusado.

[1] A nuestro juicio de la prueba surge clara la legítima defensa del acusado. No debe olvidarse que el Fiscal suprimió voluntariamente dos testimonios y que existe la siguiente presunción,—que se vió aquí confirmada en la realidad—, ''Que toda evidencia voluntariamente suprimida resultará adversa si se ofreciere.'' Artículo 102, inciso 5, de la Ley de Evidencia (Comp. 1911, p. 311).

[2] Juan Torres insultó a la esposa del acusado y éste bajó en actitud más o menos violenta como es natural. La agresión de que fué objeto el acusado no estuvo justificada, y prescindiendo de que fuera atacado no por tres sino por uno, usó de un derecho que la ley le garantiza al disparar su revólver en la forma en que lo hizo.

*La sentencia condenatoria contra él dictada debe en tal virtud revocarse y dictarse otra declarándolo absuelto del delito que se le imputa.*